**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Herbert Dewayne Wesley,<br><br>   Petitioner<br><br>v.<br><br>Jerry Howell, et al.,<br><br>   Respondents | Case No.: 2:20-cv-00783-JAD-BNW<br><br>**Order Granting Unopposed Motion for Extension of Time to File First Amended Petition**<br><br>[ECF No. 12] |

Petitioner Herbert Dewayne Wesley petitions for habeas relief from his 2019 amended judgment of conviction on two counts of first-degree murder with the use of a deadly weapon and one count of robbery with the use of a deadly weapon.[1]  Wesley moves for additional time to file a counseled first amended petition because Wesley's prior counsel's legal files do not appear to be complete and because hearings in other cases and treatment for a back injury consumed the available time.[2]  The motion is unopposed.  Good cause appearing,

**IT IS ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 12] is GRANTED.  Petitioner's deadline to file first amended petition for writ of habeas corpus is extended to January 4, 2021.**

Dated: October 29, 2020

_____
U.S. District Judge

---

[1] ECF No. 6.
[2] ECF No. 12.