UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Herbert Dewayne Wesley,

    Petitioner

v.

Jerry Howell, et al.,

    Respondents

Case No.: 2:20-cv-00783-JAD-BNW

**Order Granting Motion for Leave to File Second Amended Petition**

[ECF No. 19]

    Petitioner Jaysen Patterson brings this motion for leave to file a second amended petition.[1] He notes that he filed a counseled first amended petition[2] as a protective petition to ensure that all claims are timely, and he wants the time remaining under the court's order granting motion for discovery[3] to file a fully considered counseled second amended petition. Respondents do not oppose the motion.[4] Good cause appearing, IT IS HEREBY ORDERED that the Motion for Leave to File Second Amended Petition Pursuant to Scheduling Order **[ECF No. 19] is GRANTED.** The deadline to file that second amended petition is February 16, 2021.

    Dated: January 25, 2021

                                                                                      _____
                                                                                       U.S. District Judge

---

[1] ECF No. 19.
[2] ECF No. 18.
[3] ECF No. 14.
[4] ECF No. 20.