UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Herbert Dewayne Wesley,<br><br>　　　　　　Petitioner<br>　v.<br><br>Jerry Howell, *et al.*,<br><br>　　　　　　Respondents | Case No. 2:20-cv-00783-JAD-BNW<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>ECF No. 22 |

Petitioner Herbert Wesley brings this action for habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court convictions for two counts of first-degree murder with the use of a deadly weapon and one count of robbery with the use of a deadly weapon.[1] Wesley's counseled second amended petition is due February 16, 2021. Wesley now moves to extend the time to file a second amended petition because of the need to examine sealed documents as part of counsel's investigation of the issues.[2] The motion is unopposed. Good cause appearing,

///

///

///

///

---

[1] ECF No. 17.

[2] ECF No. 22.

**IT IS ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 22]** is **GRANTED.** Petitioner's deadline to file a counseled second amended petition for writ of habeas corpus is extended to April 19, 2021.

Dated: February 16, 2021

_____
U.S. District Judge Jennifer A. Dorsey