# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Herbert Dewayne Wesley,

        Petitioner

v.

Jerry Howell, *et al.*,

        Respondents

Case No. 2:20-cv-00783-JAD-BNW

**Order Granting Unopposed Motion for Extension of Time**

ECF No. 24

Petitioner Herbert Wesley brings this action for habeas corpus relief under 28 U.S.C. § 2254 to challenge his state-court convictions for two counts of first-degree murder with the use of a deadly weapon and one count of robbery with the use of a deadly weapon.[1] Wesley's counseled second amended petition was due April 19, 2021. Wesley moved to extend the time to file a second amended petition to allow him to finish review of the claims in the upcoming second amended petition.[2] The motion was unopposed. Good cause appearing,

///

///

///

///

---

[1] ECF No. 17.
[2] ECF No. 24.

**IT IS ORDERED** that the Unopposed Motion for Extension of Time **[ECF No. 24] is GRANTED. Petitioner's deadline to file a counseled second amended petition for writ of habeas corpus is extended to May 3, 2021.**

Dated: June 3, 2021, *nunc pro tunc* to April 19, 2021.

_____
U.S. District Judge Jennifer A. Dorsey