# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT DEWAYNE WESLEY, | Case No.: 2:20-cv-00783-JAD-BNW |
| Petitioner | **Order Granting Unopposed Motion for Enlargement of Time** |
| v. | |
| JERRY HOWELL, *et al.*, | [ECF No. 28] |
| Respondents | |

Respondents bring an unopposed motion for an enlargement of time to file a response to the second amended petition.[1] The current deadline to file a response to the second amended petition is July 2, 2021. Respondents argue that it is taking longer than usual to assemble the state-court record due to the age of petitioner's judgment of conviction. Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for enlargement of time **[ECF No. 28] is GRANTED.** The response to the second amended petition is due on August 16, 2021.

Dated: June 29, 2021

_____
U.S. District Judge

---

[1] ECF No. 28.