# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT DEWAYNE WESLEY,<br><br>　　　Petitioner<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　　Respondents | Case No.: 2:20-cv-00783-JAD-BNW<br><br>**Order Granting Unopposed Motion for Enlargement of Time (Second Request)**<br><br>[ECF No. 30] |

　　　Respondents bring an unopposed motion for an enlargement of time to file a response to the second amended petition.[1]  The current deadline to file a response to the second amended petition is August 16, 2021.  Respondents argue that it is taking longer than usual to assemble the state-court record due to the age of petitioner's judgment of conviction.  Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for enlargement of time (second request) **[ECF No. 30] is GRANTED** nunc pro tunc to August 16, 2021.  The response to the second amended petition is due on August 30, 2021.

　　　Dated: August 22, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

---

[1] ECF No. 30.