UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT DEWAYNE WESLEY,<br><br>    Petitioner<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents | Case No.: 2:20-cv-00783-JAD-BNW<br><br>**Order Granting Unopposed Motion for Enlargement of Time (First Request)**<br><br>[ECF No. 56] |

Respondents bring an unopposed motion for an enlargement of time to file a reply in support of their motion to dismiss.[1] The current deadline to file a reply is September 20, 2021. Respondents argue that they were unable to complete the reply because of staffing issues and existing deadlines on older cases. Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for enlargement of time (first request) **[ECF No. 56] is GRANTED.** The response to the second amended petition is due on October 20, 2021.

Dated: September 21, 2021

                                                _____
                                                U.S. District Judge

---

[1] ECF No. 56.