UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HERBERT DEWAYNE WESLEY,<br><br>  Petitioner<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>  Respondents | Case No.: 2:20-cv-00783-JAD-BNW<br><br>**Order Granting Unopposed Motion for Enlargement of Time (Second Request)**<br><br>[ECF No. 58] |

Respondents bring an unopposed motion for an enlargement of time to file a reply in support of their motion to dismiss.[1] The current deadline to file a reply is October 20, 2021. Respondents argue that they were unable to complete the reply because of staffing issues and existing deadlines on older cases. Good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for enlargement of time (second request) **[ECF No. 58] is GRANTED.** The reply in support of the motion to dismiss is due on November 1, 2021.

Dated: October 22, 2021, nunc pro tunc to October 20, 2021

_____
U.S. District Judge

---

[1] ECF No. 58.