UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Herbert Dewayne Wesley, <br><br> Petitioner <br><br> v. <br><br> Jerry Howell, *et. al.*, <br><br> Respondents. | Case No.: 2:20-cv-00783-JAD-BNW <br><br> **Order Granting Unopposed Motion for Extension of Time** <br><br> [ECF No. 66] |

    Respondents bring an unopposed motion to extend the time to file and serve an answer to Petitioner Herbert Dewayne Wesley's counseled second amended petition.[1] This is Respondents' second request for an extension of this deadline. With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 66] is GRANTED**. Respondents have **until October 31, 2022, to file and serve an answer to the second amended petition.**

    Dated: August 31, 2022

                                                                           _____
                                                                           U.S. District Judge

---

[1] ECF No. 66.