UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Herbert Dewayne Wesley,<br><br>　　　　Petitioner<br><br>v.<br><br>Jerry Howell, *et. al.*,<br><br>　　　　Respondents | Case No.: 2:20-cv-00783-JAD-BNW<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 68] |

　　　Respondents bring an unopposed motion to extend the time to file and serve an answer to Petitioner Herbert Dewayne Wesley's counseled second amended petition.[1]  This is the respondents' third request for an extension of this deadline.  With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 68] is GRANTED**.  Respondents have **until November 30, 2022, to file and serve an answer to the second amended petition.**

　　　Dated: October 31, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 68.