UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Herbert Dewayne Wesley,<br><br>  Petitioner<br><br>v.<br><br>Jerry Howell, *et. al.*,<br><br>  Respondents. | Case No.: 2:20-cv-00783-JAD-BNW<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 73] |

Petitioner Herbert Dewayne Wesley bring an unopposed motion to extend the time to file and serve his reply to the respondents' answers to his second amended petition.[1]  This is Wesley's second request for an extension of this deadline.  With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 73] is GRANTED**.  Petitioner Herbert Dewayne Wesley will have **until May 30, 2023, to file and serve his reply.**

Dated: March 30, 2023

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 73.