UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Herbert Dewayne Wesley,<br><br>　　　Petitioner<br><br>v.<br><br>Jerry Howell, *et. al.*,<br><br>　　　Respondents. | Case No.: 2:20-cv-00783-JAD-BNW<br><br>**Order Granting Unopposed Motion for Extension of Time**<br><br>[ECF No. 75] |

　　Petitioner Herbert Dewayne Wesley brings an unopposed motion to extend the time to file and serve his reply to the respondents' answers to his second amended petition.[1] This is Wesley's third request for an extension of this deadline. With good cause appearing, IT IS HEREBY ORDERED that the unopposed motion for extension of time **[ECF No. 75] is GRANTED**. Petitioner Herbert Dewayne Wesley will have **until June 13, 2023, to file and serve his reply.**

　　Dated: May 25, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 75.